ELLEN F. ROSENBLUM
Attorney General
TRACY ICKES WHITE  #904127
Senior Assistant Attorney General
JILL CONBERE # 193430
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  Tracy.I.White@doj.state.or.us
          jill.conbere@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DONALD TERRILL, NICOLAS PANDO, and MICHAEL WESLEY individually, and on behalf of a class of others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF OREGON, and COLETTE PETERS, in her official capacity as Director of the Oregon Department of Corrections,<br><br>    Defendants. | Case No.  6:21-cv-00588-AA<br><br>JOINT STATUS REPORT |

Defendants, through the undersigned counsel, submit the following joint status report after conferring with Plaintiffs' counsel, in accordance with this Court's Order dated January 5, 2024.  [ECF #71.]  Since their last joint status report on January 5, 2024, [ECF #70], the parties have found mutually agreeable terms regarding the resolution of this matter and are currently in the process of finalizing the written agreement between them.  The parties believe that they will be able to successfully complete that process but require additional time to do so.  Accordingly,

Page 1 -    JOINT STATUS REPORT
          TIW/rrc/828704795
                              Department of Justice
                              1162 Court Street NE
                              Salem, OR 97301-4096
                          (503) 947-4700 / Fax: (503) 947-4791

the parties respectfully request that the litigation deadlines in this case, which are currently stayed until March 12, 2024, be stayed an additional 30 days, until April 11, 2024, with the parties to submit a status report on April 4, 2024.

DATED March 5, 2024.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General

*s/ Jill O. Conbere*
TRACY ICKES WHITE #904127
Senior Assistant Attorney General
JILL CONBERE #193430
Assistant Attorney General
Trial Attorneys
Tel (503) 947-4700
Fax (503) 947-4791
Tracy.I.White@doj.state.or.us
jill.conbere@doj.state.or.us
Of Attorneys for Defendants

Page 2 -   JOINT STATUS REPORT
TIW/rrc/828704795

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791