ELLEN F. ROSENBLUM
Attorney General
TRACY ICKES WHITE #904127
Senior Assistant Attorney General
JILL CONBERE # 193430
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  Tracy.I.White@doj.state.or.us
           jill.conbere@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DONALD TERRILL, NICOLAS PANDO, and MICHAEL WESLEY individually, and on behalf of a class of others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>STATE OF OREGON, and COLETTE PETERS, in her official capacity as Director of the Oregon Department of Corrections,<br><br>  Defendants. | Case No.  6:21-cv-00588-AA<br><br>NOTICE OF SETTLEMENT |

Pursuant to ORS 17.095, the State notifies the court that this action has been settled

Page 1 -   NOTICE OF SETTLEMENT
           TIW/rrc/40425361

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

pursuant to the terms of a Settlement Agreement and Release, a copy of which is attached as Exhibit 1.

DATED May   2  , 2024.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General

_s/ Tracy Ickes White_
TRACY ICKES WHITE #904127
Senior Assistant Attorney General
JILL CONBERE #193430
Assistant Attorney General
Trial Attorneys
Tel (503) 947-4700
Fax (503) 947-4791
Tracy.I.White@doj.state.or.us
jill.conbere@doj.state.or.us
Of Attorneys for Defendants

Page 2 -   NOTICE OF SETTLEMENT
        TIW/rrc/40425361

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791